1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| RITA DINDRAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LINCOLN FINANCIAL INSURANCE COMPANY; AMAR JIT DINDRAL; SUKHDEV MANMAN; RUPINDER VEENA SINGH; and DOES 1 TO 10, inclusive,<br><br>　　　　　Defendants.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>RITA DINDRAL, an individual; AMAR JIT DINDRAL, an individual; SUKHDEV MANMAN, an individual and Administrator of the Estate of Danny Dindral; RUPINDER VEENA SINGH, an individual and Administrator of the Estate of Danny Dindral; and ROES 1 TO 10, Inclusive,<br><br>　　　　　Counterdefendants. | Case No. C13-04578-RS<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION FOR DISCHARGE, DISMISSAL, REMAND OF CASE, AND ORDER FOR DISTRIBUTION OF PROCEEDS FROM CLERK OF THE COURT [AS MODIFIED BY THE COURT]** |
|---|---|

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4828-0306-1015 v1   - 1 -   CASE NO. C13-04578-RS
PROP ORDER RE STIPULATION DISCHARGE
& DISMISSAL

GOOD CAUSE APPEARING and based upon the Stipulation for Discharge, Dismissal, Remand of Case, and Order For Distribution of Proceeds From Clerk of The Court submitted by Plaintiff/Counterdefendant Rita Dindral, an individual; Defendant/Counterclaimant The Lincoln National Life Insurance Company ("Lincoln National"); and Defendants/Counterdefendants Amarjit Dindral, an individual, Rupinder Veena Singh, as an individual and Administrator of the Estate of Danny Dindral, Sukhdev Manman, as an individual and Administrator of the Estate of Danny Dindral, the Court orders as follows:

1.  Lincoln National and the employee welfare benefit plan ("the Plan") established and maintained by Federal Express Corporation are hereby discharged any liability to the full extent permitted by law with respect to life insurance benefits under policy no. 000850019313 (the "Policy") issued by Lincoln National.

2.  Counterdefendants shall be restrained from taking, or proceeding with or commencing any action against Lincoln National and/or the Plan or their present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy and/or the Plan, and/or with respect to life insurance benefits due under the Policy and/or the Plan.

3.  Lincoln National shall be awarded the sum of $2,750 as reasonable attorneys' fees and costs incurred in connection with its Counterclaim in Interpleader, to be paid out of the proceeds deposited with the Clerk of this Court. The Clerk shall issue payment to Lincoln National in the sum of $2,750 from such proceeds, in care of its attorneys Burke, Williams & Sorensen LLP. The check

shall be made payable to "The Lincoln National Life Insurance Company" and mailed to:

> Keiko J. Kojima
> Burke, Williams & Sorensen, LLP
> 444 South Flower Street, Suite 2400
> Los Angeles, CA 90071-2953

4. Lincoln National shall be dismissed with prejudice from this action (the Complaint and the Counterclaim) in its entirety. As such, upon remand, Lincoln National will not be a party to the state court proceeding.

5. This case shall be remanded to the Superior Court of California County of Alameda, Hayward District.

6. To transfer the deposited proceeds to the Alameda County Superior Court, after the distribution of $2,750 to Lincoln National as provided for in Paragraph 3, the Clerk of this Court shall issue a check for the entirety of the remainder in deposit, including any accrued interest, made payable to the "Clerk of the Superior Court of Alameda County" and mailed to:

> David M. Zeff, Esq.
> Law Offices of David M. Zeff
> 1100 Larkspur Landing Circle, Suite 200
> Larkspur, CA  94939

7. The Law Offices of David M. Zeff shall deposit the check referenced in Paragraph 6 with the Clerk of the Superior Court of Alameda County for the state court action within 10 business days after the state court receives the case upon remand.

IT IS SO ORDERED.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4828-0306-1015 v1

- 3 -

CASE NO. C13-04578-RS
~~PROP~~ ORDER RE STIPULATION DISCHARGE & DISMISSAL

1
2
3   DATED: 2/13/14                          _____
4                                           HON. RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4828-0306-1015 v1       - 4 -    CASE NO. C13-04578-RS
                                     ~~PROP~~ ORDER RE STIPULATION DISCHARGE &
                                     DISMISSAL